UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHU JUAN LIU, *individually and on behalf of all others similarly situated*,<br><br>                              Plaintiff,<br><br>v.<br><br>FIVE STARS BEAUTY SPA, INC. d/b/a ALL SEASONS BODY WORK d/b/a/ FIVE STARS BEAUTY SPA, SHENHUA WANG, XIA ZHOU,<br><br>                              Defendants. | 21-CV-11101 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On December 28, 2021, Plaintiff filed her complaint in this action. Defendant Five Stars Beauty Spa, Inc. was served on January 11, 2022; its answer was thus due on February 1, 2022. *See* Dkt. 6. Defendants Shenhua Wang and Xia Zhou were served on January 13, 2022; their answers were thus due on February 3, 2022. *See* Dkts. 7, 8. To date, none of the defendants has responded or otherwise appeared in this action. If Plaintiff intends to move for default judgment, she shall do so by April 25, 2022.

SO ORDERED.

Dated:     April 11, 2022
           New York, New York

                                                                      Ronnie Abrams
                                                                      United States District Judge