UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHU JUAN LIU, *on her own behalf and on behalf of others similarly situated also known as* Shujuan Liu,

                Plaintiff,

v.

FIVE STARTS BEAUTY SPA, INC., *d/b/a* All Seasons Body Work, *d/b/a* Five Stars Beauty Spa; SHENHUA WANG; XIA ZHOU *also known as* Dina Doe,

                Defendants.

21-cv-11101 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On February 9, 2023, the Court scheduled a hearing for February 23, 2023 at 2:30 p.m. during which Defendants are to show cause why a default judgment should not be entered in this action. *See* Dkt. 24. The Court further ordered that Plaintiff, within seven (7) business days, serve the order to show cause and supporting papers on Defendants. As of today's date, proof of service has not been entered on the docket. Plaintiff shall file such proof of service in advance of the hearing. Failure to do so may result in dismissal of this action for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated:    February 21, 2023
             New York, New York

                                                        Hon. Ronnie Abrams
                                                        United States District Judge