UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHU JUAN LIU, *on her own behalf and on behalf of others similarly situated, also known as* Shujuan Liu,

          Plaintiff,

v.

FIVE STARTS BEAUTY SPA, INC., *d/b/a* All Seasons Body Work, *d/b/a* Five Stars Beauty Spa; SHENHUA WANG; and XIA ZHOU, *also known as* Dina Doe,

          Defendants.

21-cv-11101 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record at the show cause hearing held today, February 23, 2023, Plaintiff's motion for a default judgment against Defendants is granted. By separate order, the Court will refer the matter to Magistrate Judge Parker for an inquest into damages and fees. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 20.

SO ORDERED.

Dated:    February 23, 2023
          New York, New York

                                          Hon. Ronnie Abrams
                                          United States District Judge