**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

SHU JUAN LIU, on her own behalf and on
behalf of others similarly situated
also known as Shujuan Liu,

                         Plaintiff,                              21 **CIVIL** 11101 (RA)(KHP)

      -against-                                               **JUDGMENT**

FIVE STARS BEAUTY SPA, INC., d/b/a All
Seasons Body Work, d/b/a Five Stars Beauty
Spa; SHENHUA WANG; and XIA ZHOU
also known as Dina Doe,

                        Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 30, 2024, the Court adopts the Report & Recommendation in its entirety. Plaintiff is awarded as follows: $159,723.20 in unpaid minimum wages, overtime, and spread of hours; $159,723.20 in liquidated damages; $8,800 in attorney' fees; $546 in costs; prejudgment interest on $159,723.20 at a rate of nine percent per annum from November 15, 2018 to the entry of judgment in the amount of $79,673.43; and post-judgment interest to be calculated from the entry of judgment until the date of payment, using the federal rate set forth in 28 U.S.C. § 1961. Accordingly, the case is closed.

**Dated:**  New York, New York
           May 30, 2024

                                                           **RUBY J. KRAJICK**

                                                             Clerk of Court

                            **BY:**

                                                             **Deputy Clerk**